United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41115
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODOLFO ESQUIVEL-JUAREZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-317-ALL
--------------------

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Rodolfo Esquivel-Juarez (Esquivel) appeals the 70-month

sentence imposed after he pleaded guilty to one count of illegal

reentry into the United States.  See 8 U.S.C. § 1326.

Esquivel contends that 8 U.S.C. § 1326(b) is

unconstitutional and that this court should vacate his sentence

and remand his case for resentencing to no more than two years in

prison under 8 U.S.C. § 1326(a).  As he concedes, this contention

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998).

Esquivel also contends that he is entitled to resentencing because the district court sentenced him under a mandatory application of the federal sentencing guidelines contrary to the rule of <u>United States v. Booker</u>, 125 S. Ct. 738, 756-57, 769 (2005). We review for plain error. <u>See</u> <u>United States v. Valenzuela-Quevedo</u>, 407 F.3d 728, 732 (5th Cir. 2005), <u>petition for cert. filed</u> (July 25, 2005) (No. 05-5556). Although there was an error, Esquivel has failed to demonstrate a sufficient probability "that the district judge would have imposed a different sentence" under advisory guidelines. <u>See</u> <u>id.</u> at 733. Esquivel thus fails to show that the error affected his substantial rights as he must do to meet the plain-error standard. <u>See</u> <u>id.</u>; <u>United States v. Mares</u>, 402 F.3d 511, 502, 521-22 (5th Cir. 2005), <u>petition for cert. filed</u> (Mar. 31, 2005) (No. 04-9517).

The judgment of the district court is AFFIRMED.